BEFORE THE SECOND DIVISION, AUGUST 26, 1968

**No. P68/341.**—Hercules Div. of the Cleveland Welding Co. *v.* United States, protest 289728-K (Tampa).

**No. P68/342.**—S. A. Haram & Co., Inc. *v.* United States, protest 305436–K (New York).

**No. P68/343.**—Metasco, Inc. *v.* United States, protest 313389–K–14770 (New Orleans).

**No. P68/344.**—Leslie B. Canion et al. *v.* United States, protests 58/4939, etc. (Galveston).

**No. P68/345.**—Metasco, Inc. *v.* United States, protest 59/2861 (Los Angeles).

**No. P68/346.**—Barian Shipping Co., Inc., and Don Gill Bicycle Shop *v.* United States, protest 59/8389 (New York).

**No. P68/347.**—Korlis, Ltd. *v.* United States, protest 59/18980 (Seattle).

**No. P68/348.**—Barian Shipping & Co., Inc., and Mr. Honigs *v.* United States, protest 60/2885 (New York).

**No. P68/349.**—Barian Shipping Co., Inc., and Al Lasus *v.* United States, protest 60/3555 (New York).

**No. P68/350.**—Barian Shipping & Co., Inc., and American Youth Hostels *v.* United States, protest 60/3556 (New York).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of bicycles, with or without tires having wheels in diameter (measured to the outer circumference of the tire) over 25 inches, weighing less than 36 pounds complete without accessories, and not designed for use with tires having a cross-sectional diameter exceeding 1⅝ inches and that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co., Mangano Cycles Co.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.